WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702)870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

## UNITIED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT FRANZEN,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, a corporation; and DOES I through X, and ROE Corporations I through X, inclusive,<br><br>　　　　　　　Defendants. | Case No:<br><br>**PETITION FOR REMOVAL** |

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, PROGRESSIVE CASUALTY INSURANCE COMPANY respectfully shows this Court:

　　1.　　Petitioner, Progressive Casualty Insurance Company, is a Defendant in the above-entitled action pursuant to a Complaint filed in the 2nd Judicial District Court, Washoe County, Nevada ("State Court") on July 15, 2022, entitled *ROBERT FRANZEN v. PROGRESSIVE CASUALTY INSURANCE COMPANY* (Case No. CV    22-01123).  Copies of Plaintiffs' Summons and Complaint are attached as **EXHBIIT A**.

　　2.　　Plaintiffs' Summons and Complaint in the State Court action were served on Defendant on August 15, 2022.  A copy of service is attached as **EXHIBIT B**.

　　3.　　The above-entitled matter is a "civil action" that might have been brought originally in federal court, and is removable under 28 U.S.C. §1441(a) from State Court to this United States District Court based upon diversity of citizenship of the parties; upon information and belief, Plaintiff's claims exceed this Court's jurisdictional minimum of $75,000.  *See* 28 U.S.C. §1332(a)(1).

4. According to Plaintiff's Complaint, Plaintiff asserts that Defendant breached the terms of its insurance policy relating to UIM benefits and allege that Defendant engaged in bad faith and violated the implied covenant of good faith and fair dealing. Furthermore, Plaintiff seeks an award of punitive damages and expressly prays for relief including "general damages" "in excess of $15,000.00." **EXHBIIT A**.

5. Additional support documenting the amount in controversy is set forth in Plaintiff's Complaint, wherein Plaintiff alleges past medical damages in the amount of $265,697.00. See **EXHBIIT A.**

6. Petitioner Progressive Casualty Insurance Company is an insurance company with its principal place of business in the State of Wisconsin.

7. Plaintiff Robert Franzen is a citizen of the State of California.

8. This Petition for Removal is filed within thirty days of the action being removable. *See* 28 U.S.C. §1446(b)(1).

9. There are no additional pleadings in Petitioner's control at this time.

WHEREFORE, PROGRESSIVE CASUALTY INSURANCE COMPANY prays that the above-entitled action be removed from the Second Judicial District Court for County of Washoe, State of Nevada, to the United States District Court for the District of Nevada.

BARRON & PRUITT, LLP

*/s/ William H. Pruitt*

WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, NV 89031
*Attorneys for Defendant*