WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT FRANZEN,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY, a corporation; and DOES I through X, and ROE Corporations I through X, inclusive,<br><br>    Defendants. | Case No:    3:22-cv-00401-MMD-CLB<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING BINDING ARBITRATION** |

Defendant UNITED FINANCIAL CASUALTY COMPANY ("Defendant"), by and through its attorneys, Barron & Pruitt, LLP, and Plaintiff ROBERT FRANZEN, by and through his attorneys, Golightly & Vannah, PLLC, stipulate to the following:

The parties have agreed and stipulate that, pursuant to the subject policy, Mr. Franzen's claim for UIM benefit is subject to binding arbitration. As such, the parties have agreed to a binding arbitration to resolve Mr. Franzen's UIM claim.

///
///
///
///
///
///
///
///
///

1

The parties further stipulate to stay Plaintiff's remaining claims before this court until such time that the binding arbitration has been completed.

DATED this 3rd day of Jan., 2023                DATED this 30 day of Nov., 2022

BARRON & PRUITT, LLP                            GOLIGHTLY & VANNAH, PLLC

WILLIAM H. PRUITT, ESQ.                         JOHN B. GREENE, ESQ.
Nevada Bar No. 6783                             Nevada Bar No. 4279
JOSEPH R. MESERVY, ESQ.                         ROBERT D. VANNAH, ESQ.
Nevada Bar No. 14088                            Nevada Bar No. 2503
3890 West Ann Road                              5555 Kietzke Lane, Suite 150
North Las Vegas, NV 89031                       Reno, NV 89511
*Attorneys for Defendant*                       *Attorneys for Plaintiff*

IT IS SO ORDERED.

Dated this 3rd day of Jan., 2023.

_____
UNITED STATES DISTRICT JUDGE