**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT FRANZEN,<br><br>                    Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY, a corporation; and DOES I through X, and ROE Corporations I through X, inclusive,<br><br>                    Defendants. | Case No:    3:22-cv-00401-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, ROBERT FRANZEN, by and through his attorney of record John B. Greene, Esq. of the law firm Golightly & Vannah, PLLC and Defendant UNITED FINANCIAL CASUALTY COMPANY, by and through its attorney William H. Pruitt, Esq. of the law firm Barron & Pruitt, LLP, that the above-entitled

///
///
///
///
///
///
///
///

1

matter may be dismissed in its entirety, with prejudice, each party to bear its own costs and fees. A trial date has not been set.

DATED this __6th__ day of March, 2024    DATED this __6th__ day of March, 2024

BARRON & PRUITT, LLP                    GOLIGHTLY & VANNAH, PLLC

/s/ William H. Pruitt                   /s/ John B. Greene

WILLIAM H. PRUITT, ESQ.                 JOHN B. GREENE, ESQ.
Nevada Bar No. 6783                     Nevada Bar No. 4279
JOSEPH R. MESERVY, ESQ.                 ROBERT D. VANNAH, ESQ.
Nevada Bar No. 14088                    Nevada Bar No. 2503
3890 West Ann Road                      5555 Kietzke Lane, Suite 150
North Las Vegas, NV 89031               Reno, NV 89511
*Attorneys for Defendant*               *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated this  7th _ day of  March, 2024

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
BARRON & PRUITT, LLP

/s/ William H. Pruitt
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R.MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*